United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Jose S Sanchez, Jr.
     Debtor

Case No. 15-17344-mdc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: Virginia     Page 1 of 1     Date Rcvd: May 17, 2017
                         Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 19, 2017.
db           +Jose S Sanchez, Jr.,   9032 Ashton Road,   Philadelphia, PA 19136-1008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                            TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2017                                            Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 17, 2017 at the address(es) listed below:
        BRAD J. SADEK   on behalf of Debtor Jose S Sanchez, Jr. brad@sadeklaw.com
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   THE BANK OF NEW YORK MELLON Et Al...
         bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        KARINA  VELTER   on behalf of Creditor   THE BANK OF NEW YORK MELLON Et Al... amps@manleydeas.com
        KARINA  VELTER   on behalf of Creditor   The Bank of New York Mellon amps@manleydeas.com
        MATTEO SAMUEL WEINER   on behalf of Creditor   THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
         YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Nationstar Home
         Equity Loan Trust 2006-B bkgroup@kmllawgroup.com
        THOMAS I. PULEO   on behalf of Creditor   THE BANK OF NEW YORK MELLON Et Al...
         tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        THOMAS I. PULEO   on behalf of Creditor   THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
         as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Nationstar Home Equity
         Loan Trust 2006-B tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                              TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Jose S. Sanchez, Jr., | : | |
| Debtor. | : | Bankruptcy No.   15-17344-MDC |

# O R D E R

**AND NOW**, this 17th day of May, 2017, it is hereby **ORDERED** that if Jose S. Sanchez, Jr. (the "Debtor") and The Bank of New York Mellon f/k/a The Bank of New York, as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Nationstar Home Equity Loan Trust 2006-B ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by Mortgagee, the Debtor and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of 11 U.S.C. §362.

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE

Brad J. Sadek, Esquire
Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107

William C. Miller, Esquire
Chapter 13 Trustee
1234 Market Street, Suite 1813
Philadelphia, PA 19107

United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107