United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                         Case No. 15-17344-mdc
Jose S Sanchez, Jr.                                                                            Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: ChrissyW          Page 1 of 2          Date Rcvd: Nov 15, 2018
                              Form ID: 138NEW         Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2018.
```
db             +Jose S Sanchez, Jr.,    9032 Ashton Road,    Philadelphia, PA 19136-1008
13612729      #+Beneficial/Hfc,    P.O. Box 9068,    Brandon, FL 33509-9068
13612732       Chase,    P.O. Box 901003,    Columbus, OH 43224
13613890      +Credit Acceptance,    25505 West Twelve Mile Rd,    Suite 3000,    Southfield MI 48034-8331
13612733      +Credit Acceptance,    P.O. Box 513,    Southfield, MI 48037-0513
13612734      +Crystal T. Espanol,    KML Law Group,    701 Market Street,    Suite 5000,
                Philadelphia, PA 19106-1541
13612735      +Debt Recovery Solution,    900 Merchants Concourse,    Westbury, NY 11590-5142
13612737      +First Premier Bank,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4868
13612738     ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
              (address filed with court:  Nationstar Mortgage,    350 Highland Dr,    Lewisville, TX 75067)
13789966      +THE BANK OF NEW YORK MELLON Et AL,    c/o JOSHUA ISAAC GOLDMAN,    KML Law Group, P.C.,
                701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13839209      +THE BANK OF NEW YORK MELLON Et Al,    c/o THOMAS I. PULEO,    KML Law Group, P.C.,
                701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13711655      +The Bank of New York Mellon,    c/o Nationstar Mortgage LLC,    P.O. Box 619096,
                Dallas, TX 75261-9096
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: megan.harper@phila.gov Nov 16 2018 03:25:20     City of Philadelphia,
                City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 16 2018 03:24:24
                Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 16 2018 03:24:59     U.S. Attorney Office,
                c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13651660       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 16 2018 03:30:30
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
13645418      +E-mail/Text: bnc@atlasacq.com Nov 16 2018 03:23:48     Atlas Acquisitions LLC,    294 Union St.,
                Hackensack, NJ 07601-4303
13612731       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2018 03:30:15     Capital One Bank USA,
                15000 Capital One Dr,    Richmond, VA 23238
13612730      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2018 03:30:15     Capital One,
                P.O. Box 26625,    Richmond, VA 23261-6625
13636206       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2018 03:30:15
                Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
13636207       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Nov 16 2018 03:30:15     Capital One, N.A.,
                PO Box 71083,    Charlotte, NC  28272-1083
13612736       E-mail/Text: bankruptcy@fncbinc.com Nov 16 2018 03:23:36     First National Collection Bureau,
                610 Waltham Way,    Sparks, NV 89434
13612739      +E-mail/PDF: resurgentbknotifications@resurgent.com Nov 16 2018 03:30:30
                Pinnacle Credit Service,    P.O. Box 640,    Hopkins, MN 55343-0640
13661627      +E-mail/Text: JCAP_BNC_Notices@jcap.com Nov 16 2018 03:24:48     Premier Bankcard, Llc,
                c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
13659651       E-mail/Text: bnc-quantum@quantum3group.com Nov 16 2018 03:24:08
                Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                Kirkland, WA  98083-0788
                                                                                              TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13612740     ##+Stellar Recovery Inc,    4500 Salisbury Rd,    Ste 10,    Jacksonville, FL 32216-8035
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0313-2          User: ChrissyW             Page 2 of 2                   Date Rcvd: Nov 15, 2018
                              Form ID: 138NEW            Total Noticed: 25
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2018                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Jose S Sanchez, Jr. brad@sadeklaw.com,  bradsadek@gmail.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...
               bkgroup@kmllawgroup.com,  bkgroup@kmllawgroup.com
              KARINA   VELTER    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al... amps@manleydeas.com
              KARINA   VELTER    on behalf of Creditor    The Bank of New York Mellon amps@manleydeas.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW
               YORK as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Nationstar Home
               Equity Loan Trust 2006-B bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON Et Al...
               tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    THE BANK OF NEW YORK MELLON F/K/A THE BANK OF NEW YORK
               as successor in interest to JP Morgan Chase Bank, N.A. as Trustee for Nationstar Home Equity
               Loan Trust 2006-B tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 10
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Jose S Sanchez, Jr.
      Debtor(s)

Bankruptcy No: 15−17344−mdc
Chapter: 13

---

### NOTICE OF DEADLINES

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

    1. The Standing Chapter 13 Trustee has filed his final report and account.

☑    2. Any objection to the Final Report and Account pursuant to Federal Rule 5009, must be filed **within 30 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

☑    3. Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing **within 14 days from the date of this Notice** with the Clerk of the U.S. Bankruptcy Court.

    4. All objections must be filed with the Clerk at the following address:

                  900 Market Street
                     Suite 400
                Philadelphia, PA 19107

    5. In the absence of any objection, the Court may approve the Trustee's Final Report and Account and enter the Order of Discharge.

                                                         For The Court
                                                     Timothy B. McGrath
                                                       Clerk of Court

Dated: 11/15/18

                                                                               48 − 47
                                                                      Form 138_new